**STATE of Missouri, Respondent,**

v.

**Justin L. CHRISTMAS, Appellant.**

No. WD 73251.

Missouri Court of Appeals,
Western District.

Oct. 18, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 22, 2011.

Application for Transfer
Denied Jan. 31, 2012.

Gary E. Brotherton, Columbia, MO, for Appellant.

Rose L. Olson, Assistant Prosecuting Attorney, Fulton, MO, for Respondent.

Before Division IV: LISA WHITE HARDWICK, Chief Judge, Presiding, MARK D. PFEIFFER, Judge, and ANN MESLE, Special Judge.

### Order

PER CURIAM:

Justin Christmas appeals his conviction for trespass, arguing there was insufficient evidence to support the judgment of the Circuit Court of Callaway County. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling today. Rule 30.25(b).